WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP
Nicholas J.P. Wagner #109455
Andrew B. Jones #076915
Daniel M. Kopfman #192191
Lawrence M. Artenian #103367
Angela E. Martinez #297169
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

Attorneys for Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>            Plaintiffs,<br><br>     vs.<br><br>RAMOS FURNITURE.; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No.: CV-15-845 HSG<br><br>PLAINTIFFS' NOTICE REQUEST TO ATTEND SCHEDULING HEARING TELEPHONICALLY AND ORDER THEREON<br><br>DATE: June 16, 2014<br>TIME:  2 p.m.<br>CRTRM: 15 |

COME NOW Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO, by and through their attorneys of record, Wagner, Jones, Kopfman & Artenian LLP, and request that they be permitted to attend the Scheduling Conference scheduled for June 16, 2015 at 2 p.m., in Courtroom 15 of the above-entitled Court telephonically through CourtCall.

DATED: June 9, 2015                    WAGNER, JONES, KOPFMAN
                                       & ARTENIAN LLP


                                       By:_____
                                           Daniel M. Kopfman
                                           Attorneys for Plaintiffs

///

///

## **ORDER**

IT IS HEREBY ORDERED that Plaintiffs' request to attend the Scheduling Conference on June 16, 2015 at 2 p.m. telephonically through CourtCall is hereby granted.

DATED:  June 10, 2015.

_____
Honorable Haywood S. Gilliam, Jr.