Paul J. Bauer #202752
WALTER & WILHELM LAW GROUP
A Professional Corporation
205 E. River Park Circle, Suite 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail:  pbauer@W2LG.com

Attorneys for Defendant Furniture Deals, Inc.
dba Ramos Furniture

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>             Plaintiffs,<br><br>     v.<br><br>RAMOS FURNITURE; and DOES 1 - 100, inclusive,<br><br>             Defendants. | CASE NO.  3:15-cv-00845-MEJ<br><br>**DEFENDANT'S NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER THEREON**<br><br>Date:    August 4, 2015<br>Time:   2:00 p.m.<br>Crtrm.: 15 (San Francisco)<br>Judge:   Haywood S. Gilliam, Jr.<br><br>Complaint Filed:    February 25, 2015 |

COME NOW Defendant, Ramos Furniture, by and through their attorneys of record, Walter & Wilhelm Law Group, request that they be permitted to attend the Case Management Conference scheduled for August 4, 2015 at 2:00 p.m., in Courtroom 15 of the above-entitled Court telephonically through CourtCall.

Dated: July 29, 2015

WALTER & WILHELM LAW GROUP,
a Professional Corporation


Paul J. Bauer,
Attorneys for Defendant
Furniture Deals, Inc. dba Ramos Furniture

**<u>ORDER</u>**

IT IS HEREBY ORDERED that Defendant's request to attend the Case Management Conference on August 4, 2015 at 2:00 p.m. telephonically through CourtCall is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated:  July 30, 2015

_____
Honorable Haywood S. Gilliam, Jr.