WAGNER, JONES, KOPFMAN,
& ARTENIAN LLP
Nicholas J.P. Wagner #109455
Andrew B. Jones #076915
Daniel M. Kopfman #192191
Lawrence M. Artenian #103367
Angela E. Martinez #297169
1111 E. Herndon, Ste. 317
Fresno, CA 93720
559/449-1800
559/449-0749 Fax

Attorneys for Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE and ROSALBA MALDONADO,<br><br>  Plaintiffs,<br>vs.<br><br>RAMOS FURNITURE.; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.: CV-15-845 HSG<br><br>PLAINTIFFS' NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER THEREON<br><br>DATE: August 4, 2015<br>TIME: 2 p.m.<br>CRTRM: 15 (S.F.)<br>JUDGE: Haywood S. Gilliam, Jr. |

COME NOW Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO, by and through their attorneys of record, Wagner, Jones, Kopfman & Artenian LLP, and request that they be permitted to attend the Case Management Conference schedule for August 4, 2015 at 2 p.m., in Courtroom 15 of the above-entitled Court telephonically through CourtCall.

DATED: August 2, 2015

WAGNER, JONES, KOPFMAN
& ARTENIAN LLP

By: *Andrew B. Jones*
Andrew B. Jones
Attorneys for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' request to attend the Case Management Conference on August 4, 2015 at 2 p.m. telephonically through CourtCall is hereby granted. Counsel shall contact Courtcall at (866)582-6878 to make arrangements for the telephonic appearance.

Dated: August __4__, 2015

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.