1  WAGNER, JONES, KOPFMAN,
   & ARTENIAN LLP
2  Nicholas J.P. Wagner #109455
   Andrew B. Jones #076915
3  Daniel M. Kopfman #192191
   Lawrence M. Artenian #103367
4  Angela E. Martinez #297169
   1111 E. Herndon, Ste. 317
5  Fresno, CA 93720
   559/449-1800
6  559/449-0749 Fax

7  Attorneys for Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO

8

9              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | MARISOL TOPETE and ROSALBA MALDONADO, | Case No.: CV-15-845 HSG |
|---|---|
| Plaintiffs, | PLAINTIFFS' NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER THEREON |
| vs. | |
| RAMOS FURNITURE.; and DOES 1-100, inclusive, | |
| Defendants. | DATE: September 24, 2015<br>TIME: 2 p.m.<br>CRTRM: 15 (S.F.)<br>JUDGE: Haywood S. Gilliam, Jr. |

    COME NOW Plaintiffs, MARISOL TOPETE and ROSALBA MALDONADO, by and through their attorneys of record, Wagner, Jones, Kopfman & Artenian LLP, and request that they be permitted to attend the Case Management Conference schedule for September 24, 2015 at 2 p.m., in Courtroom 15 of the above-entitled Court telephonically through CourtCall.

DATED: September 16, 2015            WAGNER, JONES, KOPFMAN
                                     & ARTENIAN LLP

                                     By: /s/ Andrew B. Jones
                                         Andrew B. Jones
                                         Attorneys for Plaintiffs

PLAINTIFFS' NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE
TELEPHONICALLY AND ORDER THEREON                                    Page 1

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' request to attend the Case Management Conference on September 24, 2015 at 2 p.m. telephonically through CourtCall is hereby granted. Counsel shall contact Courtcall at (866)582-6878 to make arrangements for the telephonic appearance.

Dated: September 17, 2015

Honorable Haywood S. Gilliam, Jr.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 1111 East Herndon, Suite 317, Fresno, California.

On September 16, 2015, I served the within document described as PLAINTIFFS' NOTICE AND REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY AND ORDER THEREON on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Paul J. Bauer
**WALTER & WILHELM LAW GROUP**
205 E. River Park Circle, Ste. 410
Fresno, CA 93720

435-9869 Fax
pbauer@W2LG.com

[ ] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner & Jones' practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(BY E-MAIL SERVICE)** I caused such document to be delivered by e-mail to the offices of the addressee.

[X] **(BY FEDERAL ELECTRONIC FILING)** I caused the documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing and copies of the documents to the parties.

[ ] **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2015, at Fresno, California.

*(signature)*