UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TOPETE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RAMOS FURNITURE,<br><br>Defendant. | Case No.  15-cv-00845-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on October 13, 2015.  Consistent with the Court's order at the case management conference, the following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings | Dec. 18, 2015 |
| Close of Fact Discovery | Mar. 18, 2016 |
| Disclosure of Expert Witnesses | Mar. 28, 2016 |
| Disclose of Rebuttal Expert Witnesses | Apr. 28, 2016 |
| Class Certification Filing Deadline | April 28, 2016 |
| Close of Expert Discovery | Jun. 30, 2016 |
| Class Certification Hearing Date | Jun. 2, 2016 at 2:00 p.m. |
| Dispositive Motions Filing Deadline | August 4, 2016 |
| Dispositive Motion Hearing Date | September 8, 2016 at 2:00 p.m. |
| Pretrial Conference | November 8, 2016 at 3:00 p.m. |
| Trial | November 28, 2016 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  October 16, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California