1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     TUCKER DURNFORD,                        Case No.  15-cv-00413-HSG

                 Plaintiff,
8                                             **ORDER OF DISMISSAL**

9           v.

10    MUSCLEPHARM CORP.,

                 Defendant.
11

12

13          On December 18, 2015, the Court granted Defendant MusclePharm Corp.'s motion to

14    dismiss Plaintiff Tucker Durnford's first amended class action complaint.  Dkt. No. 52.  The Court

15    granted Plaintiff leave to file an amended complaint within 21 days.  *Id.*  The deadline for Plaintiff

16    to file his second amended complaint passed, and on January 20, 2016, the Court issued an order

17    to show cause why the case should not be dismissed for failure to prosecute.  Dkt. No. 53.  In his

18    January 22, 2016, response to the Court's order to show cause, Plaintiff indicated that he will not

19    amend his complaint and intends to appeal the Court's dismissal of his first amended complaint.

20    Dkt. No. 53.

21          When a plaintiff has declined amendment of his complaint in favor of appealing the

22    dismissal, the court should dismiss the action with prejudice under Federal Rule of Civil

23    Procedure 12(b)(6).  *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058 (9th Cir. 2004).

24

25

26

27

28

United States District Court
Northern District of California

1  Accordingly, this action is DISMISSED with prejudice under Rule 12(b)(6).  The Clerk

2  shall enter judgment in favor of Defendant.  Both parties shall bear their own costs of suit.

3

4  **IT IS SO ORDERED.**

5  Dated:  2/10/2016

6

7  HAYWOOD S. GILLIAM, JR.
   United States District Judge

United States District Court
Northern District of California